## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONA SIMS** ) | |
| **1105 Primrose Court, #203** ) | |
| **Annapolis, MD 21403** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Case No.:** |
| ) | |
| **MOHAMMED SEID** ) | |
| **4921 Seminary Road, Unit 1329** ) | |
| **Alexandria, VA 22311** ) | |
| ) | |
| **and** ) | |
| ) | |
| **A-1 HAULING, LLC** ) | |
| **7910 Greeley Blvd** ) | |
| **Springfield, VA 22152-3014** ) | |
| ) | |
| **serve on:** ) | |
| **Genet Bekure, Resident Agent** ) | |
| **7910 Greeley Blvd** ) | |
| **Springfield, VA 22152-3014** ) | |
| ) | |
| **Defendants** ) | |

## COMPLAINT

**COMES NOW** the Plaintiff, Mona Sims, by and through her attorneys, Michael J. Winkelman, and McCarthy, Winkelman & Mester, L.L.P., and files this Complaint against Defendants, Mohammed Seid and A-1 Hauling, LLC, and states as follows:

## THE PARTIES

1.    Plaintiff Mona Sims is an adult citizen of the State of Maryland.

2.    Defendant Mohammed Seid is an adult citizen of the Commonwealth of Virginia.

3.    Defendant A-1 Hauling, LLC is a corporate entity organized to do business in the Commonwealth of Virginia.

4.      That at all times relevant hereto, Defendant Mohammed Seid was operating a vehicle owned by Defendant A-1 Hauling, LLC, and was acting as the agent/servant/employee of Defendant A-1 Hauling, LLC, and was acting with the permission and knowledge of Defendant A-1 Hauling, LLC.

## JURISDICTION AND VENUE

5.      That this is an action for personal injury caused to the Plaintiff by the negligence of the Defendants which occurred in the District of Columbia.

6.      That the Plaintiff is a resident of the State of Maryland and the Defendants are a resident of the Commonwealth of Virginia and a corporation organized to do business in the Commonwealth of Virginia.

7.      That there is complete diversity of citizenship between the parties and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000).  Accordingly, there is jurisdiction in this Court under 28 U.S.C. 1332.

8.      Plaintiff has satisfied all conditions precedent to the filing of this complaint.

## FACTS

9.      That on or about June 18, 2019, Mona Sims (hereinafter the "Plaintiff") was operating her motor vehicle on I-695 at or near its intersection with 1-395 in the District of Columbia in the right lane.

10.     That at the same time and place aforementioned, the Defendant, Mohammed Seid, was operating his motor vehicle on I-695 at or near its intersection with 1-395 in the District of Columbia in the middle lane.

11.     That subsequently a collision occurred wherein Defendant Mohammed Seid attempted to

change lanes from the middle lane to the right lane without paying full time and attention, striking Plaintiff's vehicle in the rear.

12.   That the collision was caused by the Defendant failing to pay full attention to his surroundings and maintain a safe speed and distance from Plaintiff's vehicle, thereby causing the collision.

13.   That the Plaintiff did not cause or contribute in any way to the incident that gives rise to this litigation.

14.   That as a result of the negligent conduct of Defendant, the Plaintiff was caused to strike her body about the vehicle.

15.   That as a direct and proximate result of the actions of Defendant, the Plaintiff sustained injuries including, but not limited to, her back and left shoulder.

16.   That as a direct and proximate result of the actions of Defendant, the Plaintiff was caused to incur medical expenses for treatment and will continue to incur medical expenses in the future; suffered lost wages and/or a loss of earning capacity; suffered costs associated with property damage to her vehicle; and has suffered and will continue to suffer physical and mental pain and discomfort.

## COUNT I
### (Negligence - Mohammed Seid)

17.   Plaintiff incorporates all of the preceding paragraphs by reference.

18.   That Defendant Seid owed a duty to Plaintiff to operate his vehicle in a safe and prudent manner under the circumstances; to keep a proper lookout for other vehicles lawfully on the roadway; to slow his vehicle as appropriate for other vehicles on the roadway and to

proceed at a speed no greater than reasonable for the conditions then and there existing; and to take appropriate steps to avoid a collision with other motor vehicles when he knew or should have known that a collision was imminent; and to in all other ways operate his vehicle in a safe and prudent manner under the circumstances.

19.     That in spite of said duties, Defendant Seid did fail to keep a proper lookout, did fail to maintain a speed reasonable and prudent under the circumstances, did fail to observe what was there to be seen, did fail to keep his vehicle under control, did fail and neglected to give the appropriate warnings under the circumstances, did fail to obey the motor vehicle rules and regulations then in effect, and was negligent for such other and further acts.

20.     That as a direct and proximate result of the actions of Defendant, the Plaintiff was caused to incur medical expenses for treatment and will continue to incur medical expenses in the future, suffered lost wages and/or a loss of earning capacity, suffered costs associated with property damage to her vehicle, and has suffered and will continue to suffer physical and mental pain and discomfort.

        **WHEREFORE,** for the foregoing reasons, Plaintiff, Mona Sims, demands judgment against Defendants Mohammed Seid and A-1 Hauling, LLC in the amount of five hundred thousand dollars ($500,000.00), plus costs, fees and allowable interest.

## COUNT II
### (A-1 Hauling, LLC)

21.     Plaintiff incorporates all of the preceding paragraphs, above, as if fully set forth herein.

22.     That at all times relevant to this claim, Defendant A-1 Hauling, LLC owned the vehicle involved in the motor vehicle collision of June 18, 2019.

- 4 -

23.  That at all times relevant to this claim, Defendant Mohammed Seid was operating the motor vehicle as the agent, servant, and/or employee of Defendant A-1 Hauling, LLC

24.  That at all times relevant to this claim, Defendant A-1 Hauling, LLC granted permission, either affirmatively or through assent, for Defendant Mohammed Seid to operate the motor vehicle involved in the collision.

25.  That Defendant Mohammed Seid's negligence was the sole and proximate cause of the accident.

26.  That as a direct and proximate result of the actions of Defendant Mohammed Seid, the Plaintiff sustained injuries in the motor vehicle accident, including but not limited to injuries to her back and left shoulder, preimpact fright, and noneconomic damages.

27.  That as a direct and proximate result of the actions of Defendant, the Plaintiff was caused to incur medical expenses for treatment and will continue to incur medical expenses in the future, suffered costs associated with property damage to her vehicle,  suffered lost wages and/or a loss of earning capacity, and has suffered and will continue to suffer physical and mental pain and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Mona Sims, demands judgment against Defendants Mohammed Seid and A-1 Hauling, LLC in the amount of five hundred thousand dollars ($500,000.00), plus costs, fees and allowable interest.

McCARTHY, WINKELMAN & MESTER, L.L.P.

By: _____
Michael J. Winkelman, Bar No.: 502551
4300 Forbes Boulevard, Suite 205
Lanham, MD 20706-4314
301-262-7422
301-262-0562 (fax)
mwinkelman@mwmlawyers.com
*Attorney for the Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues raised herein.

_____
Michael J. Winkelman

- 6 -