**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MONA SIMS** | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | Case No. 20-cv-01381 |
| | ) | Judge Emmet G. Sullivan |
| **MOHAMMED SEID, et al** | ) | |
| | ) | |
|     **Defendants** | ) | |

## LINE OF DISMISSAL

TO THE CLERK:

This matter has settled.  Please dismiss this action with prejudice as to all Defendants.

                                                  McCARTHY, WINKELMAN & MESTER, L.L.P.

By: _____
       Michael J. Winkelman, Bar No.: 502551
       4300 Forbes Boulevard, Suite 205
       Lanham, MD 20706-4314
       301-262-7422
       301-262-0562 (fax)
       mwinkelman@mwmlawyers.com
       *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 7th day of October, 2020, I mailed a copy of the foregoing by first-class mail to:

**Mohammed Seid**
**4921 Seminary Road, Unit 1329**
**Alexandria, VA 22311**

**A-1 Hauling, LLC**
**c/o Genet Bekure, Resident Agent**
**7910 Greeley Blvd**
**Springfield, VA 22152-3014**

                                                        Michael J. Winkelman